**Form 154A**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

5

In re:  Bankruptcy Case No.: 22−20006−TPA

Chapter: 13

**Timothy P. Jones**    Leandra Jones
  Debtor(s)    fka Leandra Pavlik

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **March 14, 2022**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

   Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**    Michael R. Rhodes
  U.S. Bankruptcy Court    *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 1/4/22

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy P. Jones  
Leandra Jones  
    Debtors

Case No. 22-20006-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 04, 2022 | Form ID: 154A | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy P. Jones, Leandra Jones, 11 Mount Lebanon Blvd., Pittsburgh, PA 15228-1834 |
| 15443459 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15443460 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 15443465 | + | LoanCare LLC, 3637 Sentara WYSTE 303, Virginia Beach, VA 23452-4262 |
| 15443466 | + | Mt. Lebanon Township, c/o Jordan Tax Services, 102 Rahway Rd., Canonsburg, PA 15317-3349 |
| 15443468 | + | United States Attorney's Office, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1955 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15443458 | | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2022 23:59:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15443461 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2022 00:06:45 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15443462 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 04 2022 23:59:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15443463 | | Email/Text: mrdiscen@discover.com | Jan 04 2022 23:59:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15443464 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 04 2022 23:59:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 15443467 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 04 2022 23:59:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0315-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 04, 2022 | Form ID: 154A | Total Noticed: 12

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Timothy P. Jones bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Brian C. Thompson | on behalf of Joint Debtor Leandra Jones bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4