FILED
1/4/22 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| TIMOTHY P. JONES and | : | Case No.  22-20006 -TPA |
| LEANDRA JONES, | : | Chapter 13 |
| *Debtors.* | : | |
| | : | |
| TIMOTHY P. JONES and | : | Related to Doc. No. 4 |
| LEANDRA JONES, | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| | : | Hearing: February 9, 2022 at 10:30 A.M. |
| DISCOVER BANK, CAPITAL ONE | : | |
| BANK USA NA, AMERICAN | : | |
| EXPRESS NA, LVNV FUNDING | : | |
| LLC, UNITED COMMUNITY | : | |
| FEDERAL CREDIT UNION, BANK | : | |
| OF AMERICA NA, INTERNAL | : | |
| REVENUE SERVICES, | : | |
| MUNICIPALITY OF MT. LEBANON | : | |
| VERIZON, ALLY BANK, VOELKER | : | |
| & KAIRYS, LLC, LOANCARE LLC, | : | |
| *Creditors*, | : | |
| And | : | |
| | : | |
| RONDA J. WINNECOUR, TRUSTEE | : | |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this **4th** day of **January, 2022,** an *Expedited Motion to Extend the Automatic Stay* having been filed in the above-captioned proceeding by the Debtors on January 3, 2017 at Document No. 4 ("Motion"),

It is hereby **ORDERED, ADJUDGED and DECREED** that:

1

(1) Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all Parties against whom relief is sought, their counsel, and the Chapter 13 Trustee. Thereafter, a **Certificate of Service** shall ***IMMEDIATELY*** be filed by Counsel for the Moving Party. ***To the extent numbers and addresses are available, service shall also be made by fax and email***. Failure to properly serve the *Motion* or timely file the *Certificate* may result in dismissal of the above-captioned proceeding.

(2) Any ***Response(s)***, including any consent to the *Motion*, shall be filed with the Clerk's Office **on or before January 19, 2022,** at the U.S. Courthouse, 17 South Park Row, Erie, PA or the Clerk's Office, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. Any *Response* should be served on the Moving Party, their counsel and the Chapter 13 Trustee.

(3) On ***February 9, 2022*** at ***10:30 A.M.*** a hearing on the *Motion* is scheduled to be held by the ***Zoom Video Conference Application.*** The Parties must comply with Judge Agresti's ***Updated Notice of Temporary Modification of Appearance Procedures***, dated and effective August 13, 2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(4)    *Initializing Zoom Hearing:*    To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend use the following Meeting ID: 160 2130 3488.  For questions regarding the connection contact Judge Agresti's Chambers at 814-464-9760.

(5)    The Debtor shall be prepared to offer testimony in support of his/her Motion at the time of the hearing.

It is **FURTHER ORDERED** that the automatic stay shall remain in full force and effect pending further order of the Court.

_____asg
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Ronda J. Winnecour, Esq., Ch. 13 Trustee
    Debtors
    Counsel for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-20006-TPA
Timothy P. Jones  Chapter 13
Leandra Jones
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 2
Date Rcvd: Jan 04, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Timothy P. Jones, Leandra Jones, 11 Mount Lebanon Blvd., Pittsburgh, PA 15228-1834

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian C. Thompson
    on behalf of Debtor Timothy P. Jones bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Brian C. Thompson
    on behalf of Joint Debtor Leandra Jones bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2      User: culy      Page 2 of 2

Date Rcvd: Jan 04, 2022      Form ID: pdf900      Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5