### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Timothy P. Jones,<br>Leandra Jones,<br><br>　　　　　　Debtor. | Case No. 22-20006-TPA<br><br>Chapter 13 |
| Timothy P. Jones,<br>Leandra Jones,<br><br>　　　　　　Movants,<br><br>v.<br><br>Discover Bank, Capital One Bank USA NA,<br>American Express NA, LVNV Funding LLC,<br>United Community Federal Credit Union,<br>Bank of America NA, Internal Revenue Service,<br>Municipality of Mt. Lebanon, Verizon,<br>Ally Bank, Voelker & Kairys, LLC,<br>LoanCare LLC,<br><br>　　　　　　Creditors,<br>and<br><br>Ronda J. Winnecour, Trustee,<br><br>　　　　　　Respondents. | Document No.:<br><br>Related to Document No.: 4, 8<br><br>**Hearing Date and Time:**<br>February 9, 2022, at 10:30 a.m. |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS UNDER 11 U.S.C §362(C)(3)

　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 3, 2022 at Document No. 4 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Scheduling Hearing at Document No. 8, Responses and/or Objections were to be filed and served no later than January 19, 2022.

　　It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 4 be entered by the Court.

| | |
|---|---|
| Date: <u>January 20, 2022</u> | <u>/s/ Brian C. Thompson</u> |
| | Brian C. Thompson, Esquire |
| | Attorney for Debtor(s) |
| | PA ID No. 91197 |
| | THOMPSON LAW GROUP, P.C. |
| | 125 Warrendale Bayne Road, Suite 200 |
| | Warrendale, PA 15086 |
| | (724) 799-8404 Telephone |
| | (724) 799-8409 Facsimile |
| | bthompson@thompsonattorney.com |