VMware, Inc.   3401 Hillview Ave Palo Alto, CA 94304-1320
Timothy Jones   11 Mt Lebanon Blvd Pittsburgh, PA 15228

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Timothy Jones | VMware, Inc. | | | 402661 | 07/01/2021 | 07/15/2021 | 07/15/2021 | |
| | | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 78.67 | 8,666.67 | 662.42 | 2,221.02 | 62.68 | | 5,720.55 |
| YTD | | 1,118.71 | 115,571.41 | 8,270.62 | 29,799.75 | 814.84 | | 76,686.20 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Corp Bonus | | | 0 | | 0 | 5,988.00 | OASDI | 531.11 | 7,083.43 |
| Group Term Life | 07/01/2021 - 07/15/2021 | 0 | 0 | 42.09 | 0 | 528.77 | Medicare | 124.21 | 1,656.61 |
| Holiday Pay | 07/01/2021 - 07/15/2021 | 8 | 100 | 800.00 | 8 | 800.00 | Federal Withholding | 1,185.82 | 16,018.68 |
| Salary Pay | 07/01/2021 - 07/15/2021 | 78.67 | 8666.67 | 7,866.67 | 1118.71 | 108,533.41 | State Tax - PA | 261.69 | 3,491.17 |
| WFH Stipend | | | 0 | | 0 | 250.00 | SUI-Employee Paid - PA | 5.20 | 69.34 |
| | | | | | | | City Tax - MTLBN | 110.82 | 1,478.35 |
| | | | | | | | PA LST - MTLBN | 2.17 | 2.17 |
| Earnings | | | | 8,708.76 | | 116,100.18 | Employee Taxes | 2,221.02 | 29,799.75 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 520.01 | 6,419.29 | Oth-Group Legal | 6.68 | 86.84 |
| HC-Dental | 20.21 | 262.73 | Ins-Vol Life Employee | 56.00 | 728.00 |
| HC-Medical | 121.13 | 1,574.69 | | | |
| HC-Vision | 1.07 | 13.91 | | | |
| Pre Tax Deductions | 662.42 | 8,270.62 | Post Tax Deductions | 62.68 | 814.84 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | 520.01 | 5,020.01 | OASDI - Taxable Wages | 8,566.35 | 114,248.85 |
| SA-HSA ER Contribution | | 1,500.00 | Medicare - Taxable Wages | 8,566.35 | 114,248.85 |
| | | | Federal Withholding - Taxable Wages | 8,046.34 | 107,829.56 |
| Employer Paid Benefits | 520.01 | 6,520.01 | State Tax Taxable Wages - PA | 8,524.26 | 113,720.08 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | US Sick Plan | 0 | 0 | 80 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| UNITED COMMUNITY FCU | UNITED COMMUNITY FCU ******3845 | ******3845 | | 5,220.55 USD |
| PNC BANK, NATIONAL ASSOCIATION | PNC BANK, NATIONAL ASSOCIATION ******5325 | ******5325 | | 500.00 USD |

VMware, Inc.    3401 Hillview Ave Palo Alto, CA 94304-1320
Timothy Jones    11 Mt Lebanon Blvd Pittsburgh, PA 15228

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Timothy Jones | VMware, Inc. | | | 402661 | 07/16/2021 | 07/31/2021 | 07/30/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 86.67 | 8,666.67 | 662.42 | 2,221.02 | 62.68 | 5,720.55 |
| YTD | 1,205.38 | 124,238.08 | 8,933.04 | 32,020.77 | 877.52 | 82,406.75 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Corp Bonus | | | 0 | | 0 | 5,988.00 | OASDI | 531.11 | 7,614.54 |
| Group Term Life | 07/16/2021 - 07/31/2021 | 0 | 0 | 42.09 | 0 | 570.86 | Medicare | 124.21 | 1,780.82 |
| Holiday Pay | | | 0 | | 8 | 800.00 | Federal Withholding | 1,185.82 | 17,204.50 |
| Salary Pay | 07/16/2021 - 07/31/2021 | 86.67 | 8666.67 | 8,666.67 | 1205.38 | 117,200.08 | State Tax - PA | 261.69 | 3,752.86 |
| WFH Stipend | | | 0 | | 0 | 250.00 | SUI-Employee Paid - PA | 5.20 | 74.54 |
| | | | | | | | City Tax - MTLBN | 110.82 | 1,589.17 |
| | | | | | | | PA LST - MTLBN | 2.17 | 4.34 |
| Earnings | | | | 8,708.76 | | 124,808.94 | Employee Taxes | 2,221.02 | 32,020.77 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 520.01 | 6,939.30 | Oth-Group Legal | 6.68 | 93.52 |
| HC-Dental | 20.21 | 282.94 | Ins-Vol Life Employee | 56.00 | 784.00 |
| HC-Medical | 121.13 | 1,695.82 | | | |
| HC-Vision | 1.07 | 14.98 | | | |
| Pre Tax Deductions | 662.42 | 8,933.04 | Post Tax Deductions | 62.68 | 877.52 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | 520.01 | 5,540.02 | OASDI - Taxable Wages | 8,566.35 | 122,815.20 |
| SA-HSA ER Contribution | 0.00 | 1,500.00 | Medicare - Taxable Wages | 8,566.35 | 122,815.20 |
| | | | Federal Withholding - Taxable Wages | 8,046.34 | 115,875.90 |
| Employer Paid Benefits | 520.01 | 7,040.02 | State Tax Taxable Wages - PA | 8,524.26 | 122,244.34 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | US Sick Plan | 0 | 0 | 80 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| UNITED COMMUNITY FCU | UNITED COMMUNITY FCU ******3845 | ******3845 | | 5,220.55 USD |
| PNC BANK, NATIONAL ASSOCIATION | PNC BANK, NATIONAL ASSOCIATION ******5325 | ******5325 | | 500.00 USD |

VMware, Inc.    3401 Hillview Ave Palo Alto, CA 94304-1320
Timothy Jones    11 Mt Lebanon Blvd Pittsburgh, PA 15228

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Timothy Jones | VMware, Inc. | | | 402661 | 08/01/2021 | 08/15/2021 | 08/13/2021 | |
| | | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 78.67 | 8,666.67 | 662.42 | 2,221.03 | 62.68 | | 5,720.54 |
| YTD | | 1,284.05 | 132,904.75 | 9,595.46 | 34,241.80 | 940.20 | | 88,127.29 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Corp Bonus | | | 0 | | 0 | 5,988.00 | OASDI | 531.12 | 8,145.66 |
| Group Term Life | 08/01/2021 - 08/15/2021 | 0 | 0 | 42.09 | 0 | 612.95 | Medicare | 124.21 | 1,905.03 |
| Holiday Pay | 08/01/2021 - 08/15/2021 | 8 | 100 | 800.00 | 16 | 1,600.00 | Federal Withholding | 1,185.82 | 18,390.32 |
| Salary Pay | 08/01/2021 - 08/15/2021 | 78.67 | 8666.67 | 7,866.67 | 1284.05 | 125,066.75 | State Tax - PA | 261.69 | 4,014.55 |
| WFH Stipend | | | 0 | | 0 | 250.00 | SUI-Employee Paid - PA | 5.20 | 79.74 |
| | | | | | | | City Tax - MTLBN | 110.82 | 1,699.99 |
| | | | | | | | PA LST - MTLBN | 2.17 | 6.51 |
| Earnings | | | | 8,708.76 | | 133,517.70 | Employee Taxes | 2,221.03 | 34,241.80 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 520.01 | 7,459.31 | Oth-Group Legal | 6.68 | 100.20 |
| HC-Dental | 20.21 | 303.15 | Ins-Vol Life Employee | 56.00 | 840.00 |
| HC-Medical | 121.13 | 1,816.95 | | | |
| HC-Vision | 1.07 | 16.05 | | | |
| Pre Tax Deductions | 662.42 | 9,595.46 | Post Tax Deductions | 62.68 | 940.20 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | 520.01 | 6,060.03 | OASDI - Taxable Wages | 8,566.35 | 131,381.55 |
| SA-HSA ER Contribution | 0.00 | 1,500.00 | Medicare - Taxable Wages | 8,566.35 | 131,381.55 |
| | | | Federal Withholding - Taxable Wages | 8,046.34 | 123,922.24 |
| Employer Paid Benefits | 520.01 | 7,560.03 | State Tax Taxable Wages - PA | 8,524.26 | 130,768.60 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | US Sick Plan | 0 | 0 | 80 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| UNITED COMMUNITY FCU | UNITED COMMUNITY FCU ******3845 | ******3845 | | 5,220.54 USD |
| PNC BANK, NATIONAL ASSOCIATION | PNC BANK, NATIONAL ASSOCIATION ******5325 | ******5325 | | 500.00 USD |

**VMware, Inc.** 3401 Hillview Ave Palo Alto, CA 94304-1320
Timothy Jones    11 Mt Lebanon Blvd Pittsburgh, PA 15228

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Timothy Jones | VMware, Inc. | | | 402661 | 08/16/2021 | 08/31/2021 | 08/30/2021 | |
| | | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 86.67 | 9,066.67 | 686.42 | 2,352.06 | 62.68 | | 5,965.51 |
| YTD | | 1,370.72 | 141,971.42 | 10,281.88 | 36,593.86 | 1,002.88 | | 94,092.80 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Corp Bonus | | | 0 | | 0 | 5,988.00 | OASDI | 555.91 | 8,701.57 |
| Group Term Life | 08/16/2021 - 08/31/2021 | 0 | 0 | 42.09 | 0 | 655.04 | Medicare | 130.01 | 2,035.04 |
| Holiday Pay | | | 0 | | 16 | 1,600.00 | Federal Withholding | 1,268.54 | 19,658.86 |
| Salary Pay | 08/16/2021 - 08/31/2021 | 86.67 | 8666.67 | 8,666.67 | 1370.72 | 133,733.42 | State Tax - PA | 273.97 | 4,288.52 |
| WFH Stipend | | | 0 | | 0 | 250.00 | SUI-Employee Paid - PA | 5.44 | 85.18 |
| Reward Cash | 08/01/2021 - 08/15/2021 | 0 | 0 | 400.00 | 0 | 400.00 | City Tax - MTLBN | 116.02 | 1,816.01 |
| | | | | | | | PA LST - MTLBN | 2.17 | 8.68 |
| Earnings | | | | 9,108.76 | | 142,626.46 | Employee Taxes | 2,352.06 | 36,593.86 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 544.01 | 8,003.32 | Oth-Group Legal | 6.68 | 106.88 |
| HC-Dental | 20.21 | 323.36 | Ins-Vol Life Employee | 56.00 | 896.00 |
| HC-Medical | 121.13 | 1,938.08 | | | |
| HC-Vision | 1.07 | 17.12 | | | |
| Pre Tax Deductions | 686.42 | 10,281.88 | Post Tax Deductions | 62.68 | 1,002.88 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | 544.01 | 6,604.04 | OASDI - Taxable Wages | 8,966.35 | 140,347.90 |
| SA-HSA ER Contribution | 0.00 | 1,500.00 | Medicare - Taxable Wages | 8,966.35 | 140,347.90 |
| | | | Federal Withholding - Taxable Wages | 8,422.34 | 132,344.58 |
| Employer Paid Benefits | 544.01 | 8,104.04 | State Tax Taxable Wages - PA | 8,924.26 | 139,692.86 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | US Sick Plan | 0 | 0 | 80 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| UNITED COMMUNITY FCU | UNITED COMMUNITY FCU ******3845 | ******3845 | | 5,465.51 USD |
| PNC BANK, NATIONAL ASSOCIATION | PNC BANK, NATIONAL ASSOCIATION ******5325 | ******5325 | | 500.00 USD |

VMware, Inc.    3401 Hillview Ave Palo Alto, CA 94304-1320
Timothy Jones    11 Mt Lebanon Blvd Pittsburgh, PA 15228

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Timothy Jones | VMware, Inc. | | | 402661 | 09/01/2021 | 09/15/2021 | 09/15/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 78.67 | 8,666.67 | 662.42 | 1,841.95 | 308.36 | 5,853.94 |
| YTD | 1,449.39 | 150,638.09 | 10,944.30 | 38,435.81 | 1,311.24 | 99,946.74 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Corp Bonus | | | 0 | | 0 | 5,988.00 | OASDI | 152.03 | 8,853.60 |
| Group Term Life | 09/01/2021 - 09/15/2021 | 0 | 0 | 42.09 | 0 | 697.13 | Medicare | 124.22 | 2,159.26 |
| Holiday Pay | 09/01/2021 - 09/15/2021 | 8 | 100 | 800.00 | 24 | 2,400.00 | Federal Withholding | 1,185.82 | 20,844.68 |
| Reward Cash | | | 0 | | 0 | 400.00 | State Tax - PA | 261.69 | 4,550.21 |
| Salary Pay | 09/01/2021 - 09/15/2021 | 78.67 | 8666.67 | 7,866.67 | 1449.39 | 141,600.09 | SUI-Employee Paid - PA | 5.20 | 90.38 |
| WFH Stipend | | | 0 | | 0 | 250.00 | City Tax - MTLBN | 110.82 | 1,926.83 |
| | | | | | | | PA LST - MTLBN | 2.17 | 10.85 |
| Earnings | | | | 8,708.76 | | 151,335.22 | Employee Taxes | 1,841.95 | 38,435.81 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 520.01 | 8,523.33 | ESPP | 173.34 | 173.34 |
| HC-Dental | 20.21 | 343.57 | Oth-Group Legal | 6.68 | 113.56 |
| HC-Medical | 121.13 | 2,059.21 | INS-Long Term Care | 72.34 | 72.34 |
| HC-Vision | 1.07 | 18.19 | Ins-Vol Life Employee | 56.00 | 952.00 |
| Pre Tax Deductions | 662.42 | 10,944.30 | Post Tax Deductions | 308.36 | 1,311.24 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | 145.96 | 6,750.00 | OASDI - Taxable Wages | 2,452.10 | 142,800.00 |
| SA-HSA ER Contribution | 0.00 | 1,500.00 | Medicare - Taxable Wages | 8,566.35 | 148,914.25 |
| | | | Federal Withholding - Taxable Wages | 8,046.34 | 140,390.92 |
| Employer Paid Benefits | 145.96 | 8,250.00 | State Tax Taxable Wages - PA | 8,524.26 | 148,217.12 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | US Sick Plan | 0 | 0 | 80 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PNC BANK, NATIONAL ASSOCIATION | PNC BANK, NATIONAL ASSOCIATION ******5325 | ******5325 | | 500.00  USD |
| UNITED COMMUNITY FCU | UNITED COMMUNITY FCU ******3845 | ******3845 | | 5,353.94  USD |

VMware, Inc.   3401 Hillview Ave Palo Alto, CA 94304-1320
Timothy Jones   11 Mt Lebanon Blvd Pittsburgh, PA 15228

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Timothy Jones | VMware, Inc. | | | 402661 | 09/16/2021 | 09/30/2021 | 09/30/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 86.67 | 8,666.67 | 662.42 | 1,689.91 | 308.36 | 6,005.98 |
| YTD | 1,536.06 | 159,304.76 | 11,606.72 | 40,125.72 | 1,619.60 | 105,952.72 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Corp Bonus | | | 0 | | 0 | 5,988.00 | OASDI | 0.00 | 8,853.60 |
| Group Term Life | 09/16/2021 - 09/30/2021 | 0 | 0 | 42.09 | 0 | 739.22 | Medicare | 124.21 | 2,283.47 |
| Holiday Pay | | | 0 | | 24 | 2,400.00 | Federal Withholding | 1,185.82 | 22,030.50 |
| Reward Cash | | | 0 | | 0 | 400.00 | State Tax - PA | 261.69 | 4,811.90 |
| Salary Pay | 09/16/2021 - 09/30/2021 | 86.67 | 8666.67 | 8,666.67 | 1536.06 | 150,266.76 | SUI-Employee Paid - PA | 5.20 | 95.58 |
| WFH Stipend | | | 0 | | 0 | 250.00 | City Tax - MTLBN | 110.82 | 2,037.65 |
| | | | | | | | PA LST - MTLBN | 2.17 | 13.02 |
| Earnings | | | | 8,708.76 | | 160,043.98 | Employee Taxes | 1,689.91 | 40,125.72 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 520.01 | 9,043.34 | ESPP | 173.34 | 346.68 |
| HC-Dental | 20.21 | 363.78 | Oth-Group Legal | 6.68 | 120.24 |
| HC-Medical | 121.13 | 2,180.34 | INS-Long Term Care | 72.34 | 144.68 |
| HC-Vision | 1.07 | 19.26 | Ins-Vol Life Employee | 56.00 | 1,008.00 |
| Pre Tax Deductions | 662.42 | 11,606.72 | Post Tax Deductions | 308.36 | 1,619.60 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | 0.00 | 6,750.00 | OASDI - Taxable Wages | 0.00 | 142,800.00 |
| SA-HSA ER Contribution | 0.00 | 1,500.00 | Medicare - Taxable Wages | 8,566.35 | 157,480.60 |
| | | | Federal Withholding - Taxable Wages | 8,046.34 | 148,437.26 |
| Employer Paid Benefits | 0.00 | 8,250.00 | State Tax Taxable Wages - PA | 8,524.26 | 156,741.38 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | US Sick Plan | 0 | 0 | 80 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| UNITED COMMUNITY FCU | UNITED COMMUNITY FCU ******3845 | ******3845 | | 5,505.98 | USD |
| PNC BANK, NATIONAL ASSOCIATION | PNC BANK, NATIONAL ASSOCIATION ******5325 | ******5325 | | 500.00 | USD |

VMware, Inc.    3401 Hillview Ave Palo Alto, CA 94304-1320
Timothy Jones    11 Mt Lebanon Blvd Pittsburgh, PA 15228

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Timothy Jones | VMware, Inc. | | | 402661 | 10/01/2021 | 10/15/2021 | 10/15/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 78.67 | 8,666.67 | 662.42 | 1,689.91 | 308.36 | 6,005.98 |
| YTD | 1,614.73 | 167,971.43 | 12,269.14 | 41,815.63 | 1,927.96 | 111,958.70 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Corp Bonus | | | 0 | | 0 | 5,988.00 | OASDI | 0.00 | 8,853.60 |
| Group Term Life | 10/01/2021 - 10/15/2021 | 0 | 0 | 42.09 | 0 | 781.31 | Medicare | 124.21 | 2,407.68 |
| Holiday Pay | 10/01/2021 - 10/15/2021 | 8 | 100 | 800.00 | 32 | 3,200.00 | Federal Withholding | 1,185.82 | 23,216.32 |
| Reward Cash | | | 0 | | 0 | 400.00 | State Tax - PA | 261.69 | 5,073.59 |
| Salary Pay | 10/01/2021 - 10/15/2021 | 78.67 | 8666.67 | 7,866.67 | 1614.73 | 158,133.43 | SUI-Employee Paid - PA | 5.20 | 100.78 |
| WFH Stipend | | | 0 | | 0 | 250.00 | City Tax - MTLBN | 110.82 | 2,148.47 |
| | | | | | | | PA LST - MTLBN | 2.17 | 15.19 |
| Earnings | | | | 8,708.76 | | 168,752.74 | Employee Taxes | 1,689.91 | 41,815.63 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 520.01 | 9,563.35 | ESPP | 173.34 | 520.02 |
| HC-Dental | 20.21 | 383.99 | Oth-Group Legal | 6.68 | 126.92 |
| HC-Medical | 121.13 | 2,301.47 | INS-Long Term Care | 72.34 | 217.02 |
| HC-Vision | 1.07 | 20.33 | Ins-Vol Life Employee | 56.00 | 1,064.00 |
| Pre Tax Deductions | 662.42 | 12,269.14 | Post Tax Deductions | 308.36 | 1,927.96 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | 520.01 | 7,270.01 | OASDI - Taxable Wages | 0.00 | 142,800.00 |
| SA-HSA ER Contribution | 0.00 | 1,500.00 | Medicare - Taxable Wages | 8,566.35 | 166,046.95 |
| | | | Federal Withholding - Taxable Wages | 8,046.34 | 156,483.60 |
| Employer Paid Benefits | 520.01 | 8,770.01 | State Tax Taxable Wages - PA | 8,524.26 | 165,265.64 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | US Sick Plan | 0 | 0 | 80 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| UNITED COMMUNITY FCU | UNITED COMMUNITY FCU ******3845 | ******3845 | | 5,505.98 USD |
| PNC BANK, NATIONAL ASSOCIATION | PNC BANK, NATIONAL ASSOCIATION ******5325 | ******5325 | | 500.00 USD |

VMware, Inc.    3401 Hillview Ave Palo Alto, CA 94304-1320
Timothy Jones    11 Mt Lebanon Blvd Pittsburgh, PA 15228

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Timothy Jones | VMware, Inc. | | | 402661 | 10/16/2021 | 10/31/2021 | 10/29/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 86.67 | 8,666.67 | 662.42 | 1,689.91 | 308.36 | 6,005.98 |
| YTD | 1,701.40 | 176,638.10 | 12,931.56 | 43,505.54 | 2,236.32 | 117,964.68 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Corp Bonus | | | 0 | | 0 | 5,988.00 | OASDI | 0.00 | 8,853.60 |
| Group Term Life | 10/16/2021 - 10/31/2021 | 0 | 0 | 42.09 | 0 | 823.40 | Medicare | 124.21 | 2,531.89 |
| Holiday Pay | | | 0 | | 32 | 3,200.00 | Federal Withholding | 1,185.82 | 24,402.14 |
| Reward Cash | | | 0 | | 0 | 400.00 | State Tax - PA | 261.69 | 5,335.28 |
| Salary Pay | 10/16/2021 - 10/31/2021 | 86.67 | 8666.67 | 8,666.67 | 1701.4 | 166,800.10 | SUI-Employee Paid - PA | 5.20 | 105.98 |
| WFH Stipend | | | 0 | | 0 | 250.00 | City Tax - MTLBN | 110.82 | 2,259.29 |
| | | | | | | | PA LST - MTLBN | 2.17 | 17.36 |
| Earnings | | | | 8,708.76 | | 177,461.50 | Employee Taxes | 1,689.91 | 43,505.54 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 520.01 | 10,083.36 | ESPP | 173.34 | 693.36 |
| HC-Dental | 20.21 | 404.20 | Oth-Group Legal | 6.68 | 133.60 |
| HC-Medical | 121.13 | 2,422.60 | INS-Long Term Care | 72.34 | 289.36 |
| HC-Vision | 1.07 | 21.40 | Ins-Vol Life Employee | 56.00 | 1,120.00 |
| Pre Tax Deductions | 662.42 | 12,931.56 | Post Tax Deductions | 308.36 | 2,236.32 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | 520.01 | 7,790.02 | OASDI - Taxable Wages | 0.00 | 142,800.00 |
| SA-HSA ER Contribution | 0.00 | 1,500.00 | Medicare - Taxable Wages | 8,566.35 | 174,613.30 |
| | | | Federal Withholding - Taxable Wages | 8,046.34 | 164,529.94 |
| Employer Paid Benefits | 520.01 | 9,290.02 | State Tax Taxable Wages - PA | 8,524.26 | 173,789.90 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | US Sick Plan | 0 | 0 | 80 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| UNITED COMMUNITY FCU | UNITED COMMUNITY FCU ******3845 | ******3845 | | 5,505.98 | USD |
| PNC BANK, NATIONAL ASSOCIATION | PNC BANK, NATIONAL ASSOCIATION ******5325 | ******5325 | | 500.00 | USD |

VMware, Inc.   3401 Hillview Ave Palo Alto, CA 94304-1320
Timothy Jones   11 Mt Lebanon Blvd Pittsburgh, PA 15228

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Timothy Jones | VMware, Inc. | | | 402661 | 11/01/2021 | 11/15/2021 | 11/15/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 78.67 | 8,666.67 | 662.42 | 1,689.91 | 308.36 | 6,005.98 |
| YTD | 1,780.07 | 185,304.77 | 13,593.98 | 45,195.45 | 2,544.68 | 123,970.66 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | | |
| Corp Bonus | | | 0 | | 0 | 5,988.00 | | |
| Group Term Life | 11/01/2021 - 11/15/2021 | 0 | 0 | 42.09 | 0 | 865.49 | | |
| Holiday Pay | 11/01/2021 - 11/15/2021 | 8 | 100 | 800.00 | 40 | 4,000.00 | | |
| Reward Cash | | | 0 | | 0 | 400.00 | | |
| Salary Pay | 11/01/2021 - 11/15/2021 | 78.67 | 8666.67 | 7,866.67 | 1780.07 | 174,666.77 | | |
| WFH Stipend | | | 0 | | 0 | 250.00 | | |
| Earnings | | | | 8,708.76 | | 186,170.26 | | |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 0.00 | 8,853.60 |
| Medicare | 124.21 | 2,656.10 |
| Federal Withholding | 1,185.82 | 25,587.96 |
| State Tax - PA | 261.69 | 5,596.97 |
| SUI-Employee Paid - PA | 5.20 | 111.18 |
| City Tax - MTLBN | 110.82 | 2,370.11 |
| PA LST - MTLBN | 2.17 | 19.53 |
| Employee Taxes | 1,689.91 | 45,195.45 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 520.01 | 10,603.37 | ESPP | 173.34 | 866.70 |
| HC-Dental | 20.21 | 424.41 | Oth-Group Legal | 6.68 | 140.28 |
| HC-Medical | 121.13 | 2,543.73 | INS-Long Term Care | 72.34 | 361.70 |
| HC-Vision | 1.07 | 22.47 | Ins-Vol Life Employee | 56.00 | 1,176.00 |
| Pre Tax Deductions | 662.42 | 13,593.98 | Post Tax Deductions | 308.36 | 2,544.68 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | 520.01 | 8,310.03 | OASDI - Taxable Wages | 0.00 | 142,800.00 |
| SA-HSA ER Contribution | 0.00 | 1,500.00 | Medicare - Taxable Wages | 8,566.35 | 183,179.65 |
| | | | Federal Withholding - Taxable Wages | 8,046.34 | 172,576.28 |
| Employer Paid Benefits | 520.01 | 9,810.03 | State Tax Taxable Wages - PA | 8,524.26 | 182,314.16 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| | | | Description | Accrued | Reduced | Available |
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | US Sick Plan | 0 | 0 | 80 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| UNITED COMMUNITY FCU | UNITED COMMUNITY FCU ******3845 | ******3845 | | 5,505.98 | USD |
| PNC BANK, NATIONAL ASSOCIATION | PNC BANK, NATIONAL ASSOCIATION ******5325 | ******5325 | | 500.00 | USD |

VMware, Inc.    3401 Hillview Ave Palo Alto, CA 94304-1320
Timothy Jones    11 Mt Lebanon Blvd Pittsburgh, PA 15228

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Timothy Jones | VMware, Inc. | | | 402661 | 11/16/2021 | 11/30/2021 | 11/30/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 78.67 | 8,666.67 | 662.42 | 1,689.92 | 308.36 | 6,005.97 |
| YTD | 1,858.74 | 193,971.44 | 14,256.40 | 46,885.37 | 2,853.04 | 129,976.63 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Corp Bonus | | | 0 | | 0 | 5,988.00 | OASDI | 0.00 | 8,853.60 |
| Group Term Life | 11/16/2021 - 11/30/2021 | 0 | 0 | 42.09 | 0 | 907.58 | Medicare | 124.22 | 2,780.32 |
| Holiday Pay | 11/16/2021 - 11/30/2021 | 8 | 100 | 800.00 | 48 | 4,800.00 | Federal Withholding | 1,185.82 | 26,773.78 |
| Reward Cash | | | 0 | | 0 | 400.00 | State Tax - PA | 261.69 | 5,858.66 |
| Salary Pay | 11/16/2021 - 11/30/2021 | 78.67 | 8666.67 | 7,866.67 | 1858.74 | 182,533.44 | SUI-Employee Paid - PA | 5.20 | 116.38 |
| WFH Stipend | | | 0 | | 0 | 250.00 | City Tax - MTLBN | 110.82 | 2,480.93 |
| | | | | | | | PA LST - MTLBN | 2.17 | 21.70 |
| Earnings | | | | 8,708.76 | | 194,879.02 | Employee Taxes | 1,689.92 | 46,885.37 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 520.01 | 11,123.38 | ESPP | 173.34 | 1,040.04 |
| HC-Dental | 20.21 | 444.62 | Oth-Group Legal | 6.68 | 146.96 |
| HC-Medical | 121.13 | 2,664.86 | INS-Long Term Care | 72.34 | 434.04 |
| HC-Vision | 1.07 | 23.54 | Ins-Vol Life Employee | 56.00 | 1,232.00 |
| Pre Tax Deductions | 662.42 | 14,256.40 | Post Tax Deductions | 308.36 | 2,853.04 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | 520.01 | 8,830.04 | OASDI - Taxable Wages | 0.00 | 142,800.00 |
| SA-HSA ER Contribution | 0.00 | 1,500.00 | Medicare - Taxable Wages | 8,566.35 | 191,746.00 |
| | | | Federal Withholding - Taxable Wages | 8,046.34 | 180,622.62 |
| Employer Paid Benefits | 520.01 | 10,330.04 | State Tax Taxable Wages - PA | 8,524.26 | 190,838.42 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | US Sick Plan | 0 | 0 | 80 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| UNITED COMMUNITY FCU | UNITED COMMUNITY FCU ******3845 | ******3845 | | 5,505.97 | USD |
| PNC BANK, NATIONAL ASSOCIATION | PNC BANK, NATIONAL ASSOCIATION ******5325 | ******5325 | | 500.00 | USD |

VMware, Inc.    3401 Hillview Ave Palo Alto, CA 94304-1320
Timothy Jones    11 Mt Lebanon Blvd Pittsburgh, PA 15228

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Timothy Jones | VMware, Inc. | | | 402661 | 12/01/2021 | 12/15/2021 | 12/15/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 86.67 | 8,666.67 | 662.42 | 1,692.72 | 308.36 | 6,003.17 |
| YTD | 1,945.41 | 202,638.11 | 14,918.82 | 48,578.09 | 3,161.40 | 135,979.80 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Corp Bonus | | | 0 | | 0 | 5,988.00 | OASDI | 0.00 | 8,853.60 |
| Group Term Life | 12/01/2021 - 12/15/2021 | 0 | 0 | 42.09 | 0 | 949.67 | Medicare | 127.02 | 2,907.34 |
| Holiday Pay | | | 0 | | 48 | 4,800.00 | Federal Withholding | 1,185.82 | 27,959.60 |
| Reward Cash | | | 0 | | 0 | 400.00 | State Tax - PA | 261.69 | 6,120.35 |
| Salary Pay | 12/01/2021 - 12/15/2021 | 86.67 | 8666.67 | 8,666.67 | 1945.41 | 191,200.11 | SUI-Employee Paid - PA | 5.20 | 121.58 |
| WFH Stipend | | | 0 | | 0 | 250.00 | City Tax - MTLBN | 110.82 | 2,591.75 |
| | | | | | | | PA LST - MTLBN | 2.17 | 23.87 |
| Earnings | | | | 8,708.76 | | 203,587.78 | Employee Taxes | 1,692.72 | 48,578.09 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 520.01 | 11,643.39 | ESPP | 173.34 | 1,213.38 |
| HC-Dental | 20.21 | 464.83 | Oth-Group Legal | 6.68 | 153.64 |
| HC-Medical | 121.13 | 2,785.99 | INS-Long Term Care | 72.34 | 506.38 |
| HC-Vision | 1.07 | 24.61 | Ins-Vol Life Employee | 56.00 | 1,288.00 |
| Pre Tax Deductions | 662.42 | 14,918.82 | Post Tax Deductions | 308.36 | 3,161.40 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | 169.96 | 9,000.00 | OASDI - Taxable Wages | 0.00 | 142,800.00 |
| SA-HSA ER Contribution | 0.00 | 1,500.00 | Medicare - Taxable Wages | 8,566.35 | 200,312.35 |
| | | | Federal Withholding - Taxable Wages | 8,046.34 | 188,668.96 |
| Employer Paid Benefits | 169.96 | 10,500.00 | State Tax Taxable Wages - PA | 8,524.26 | 199,362.68 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | US Sick Plan | 0 | 0 | 80 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| UNITED COMMUNITY FCU | UNITED COMMUNITY FCU ******3845 | ******3845 | | 5,503.17 | USD |
| PNC BANK, NATIONAL ASSOCIATION | PNC BANK, NATIONAL ASSOCIATION ******5325 | ******5325 | | 500.00 | USD |

VMware, Inc.   6500 River Place Blvd Austin, TX 78730
Timothy Jones   11 Mt Lebanon Blvd Pittsburgh, PA 15228

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Timothy Jones | VMware, Inc. | | | 402661 | 12/16/2021 | 12/31/2021 | 12/30/2021 | |
| | | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 78.67 | 8,666.67 | 662.42 | 1,767.01 | 308.36 | | 5,928.88 |
| YTD | | 2,024.08 | 211,304.78 | 15,581.24 | 50,345.10 | 3,469.76 | | 141,908.68 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Corp Bonus | | | 0 | 0 | 0 | 5,988.00 | OASDI | 0.00 | 8,853.60 |
| Group Term Life | 12/16/2021 - 12/31/2021 | 0 | 0 | 42.09 | 0 | 991.76 | Medicare | 201.31 | 3,108.65 |
| Holiday Pay | 12/16/2021 - 12/31/2021 | 8 | 100 | 800.00 | 56 | 5,600.00 | Federal Withholding | 1,185.82 | 29,145.42 |
| Reward Cash | | | 0 | 0 | 0 | 400.00 | State Tax - PA | 261.69 | 6,382.04 |
| Salary Pay | 12/16/2021 - 12/31/2021 | 78.67 | 8666.67 | 7,866.67 | 2024.08 | 199,066.78 | SUI-Employee Paid - PA | 5.20 | 126.78 |
| WFH Stipend | | | 0 | 0 | 0 | 250.00 | City Tax - MTLBN | 110.82 | 2,702.57 |
| | | | | | | | PA LST - MTLBN | 2.17 | 26.04 |
| Earnings | | | | 8,708.76 | | 212,296.54 | Employee Taxes | 1,767.01 | 50,345.10 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 520.01 | 12,163.40 | ESPP | 173.34 | 1,386.72 |
| HC-Dental | 20.21 | 485.04 | Oth-Group Legal | 6.68 | 160.32 |
| HC-Medical | 121.13 | 2,907.12 | INS-Long Term Care | 72.34 | 578.72 |
| HC-Vision | 1.07 | 25.68 | Ins-Vol Life Employee | 56.00 | 1,344.00 |
| Pre Tax Deductions | 662.42 | 15,581.24 | Post Tax Deductions | 308.36 | 3,469.76 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | 0.00 | 9,000.00 | OASDI - Taxable Wages | 0.00 | 142,800.00 |
| SA-HSA ER Contribution | 0.00 | 1,500.00 | Medicare - Taxable Wages | 8,566.35 | 208,878.70 |
| | | | Federal Withholding - Taxable Wages | 8,046.34 | 196,715.30 |
| Employer Paid Benefits | 0.00 | 10,500.00 | State Tax Taxable Wages - PA | 8,524.26 | 207,886.94 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | US Sick Plan | 0 | 0 | 80 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| UNITED COMMUNITY FCU | UNITED COMMUNITY FCU ******3845 | ******3845 | | 5,428.88  USD |
| PNC BANK, NATIONAL ASSOCIATION | PNC BANK, NATIONAL ASSOCIATION ******5325 | ******5325 | | 500.00  USD |

VMware, Inc.   6500 River Place Blvd Austin, TX 78730
Timothy Jones   11 Mt Lebanon Blvd Pittsburgh, PA 15228

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Jones | VMware, Inc. | 402661 | 12/16/2021 | 12/31/2021 | 12/31/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 2,024.08 | 211,304.78 | 15,581.24 | 50,345.10 | 3,469.76 | 141,908.68 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Corp Bonus | | 0 | | | 0 | 5,988.00 | OASDI | 0.00 | 8,853.60 |
| Group Term Life | | 0 | | | 0 | 991.76 | Medicare | 0.00 | 3,108.65 |
| Holiday Pay | | 0 | | | 56 | 5,600.00 | Federal Withholding | | 29,145.42 |
| Reward Cash | | 0 | | | 0 | 400.00 | State Tax - PA | | 6,382.04 |
| Salary Pay | | 0 | | | 2024.08 | 199,066.78 | SUI-Employee Paid - PA | 0.00 | 126.78 |
| WFH Stipend | | 0 | | | 0 | 250.00 | City Tax - MTLBN | | 2,702.57 |
| | | | | | | | PA LST - MTLBN | | 26.04 |
| Earnings | | | | 0.00 | | 212,296.54 | Employee Taxes | 0.00 | 50,345.10 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | | 12,163.40 | ESPP | | 1,386.72 |
| HC-Dental | | 485.04 | Oth-Group Legal | | 160.32 |
| HC-Medical | | 2,907.12 | INS-Long Term Care | | 578.72 |
| HC-Vision | | 25.68 | Ins-Vol Life Employee | | 1,344.00 |
| Pre Tax Deductions | 0.00 | 15,581.24 | Post Tax Deductions | 0.00 | 3,469.76 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | | 9,000.00 | OASDI - Taxable Wages | 0.00 | 142,800.00 |
| SA-HSA ER Contribution | | 1,500.00 | Medicare - Taxable Wages | 0.00 | 208,878.70 |
| | | | Federal Withholding - Taxable Wages | 0.00 | 196,715.30 |
| Employer Paid Benefits | 0.00 | 10,500.00 | State Tax Taxable Wages - PA | 0.00 | 207,886.94 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| | | | Description | Accrued | Reduced | Available |
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | US Sick Plan | 0 | 0 | 80 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| UNITED COMMUNITY FCU | UNITED COMMUNITY FCU ******3845 | ******3845 | | 0.00   USD |

SEQ 000223
| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / H73 20691953 | 01/ | 7634834 | 1 of 1 |

THREE PUPPIES LLC
3081 Annandale Drive
Presto, PA 15142

# Earnings Statement 

Period Starting: 10/28/2021
Period Ending: 11/10/2021
Pay Date: 11/12/2021

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Leandra Jones
11 Mount Lebanon Boulevard
Pittsburgh, PA 15228

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1923.00 | 6129.60 |
| Bonus | | 0.00 | 925.00 | 925.00 |
| **Gross Pay** | | | **$2,848.00** | **$7,054.60** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -176.58 | 437.39 |
| Medicare | -41.29 | 102.29 |
| Pennsylvania State Income | -87.43 | 216.58 |
| Pennsylvania State UI | -1.71 | 4.23 |
| Scott T Local Income | -37.02 | 91.71 |
| Scott Twp Local Services | -2.00 | 8.00 |
| **Net Pay** | **$2,501.97** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 80.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 80.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0215 | XXXXXXXXX | 2501.97 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $2,848.00

© 1998, 2006, ADP, Inc. All Rights Reserved

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THREE PUPPIES LLC
3081 Annandale Drive
Presto, PA 15142

Pay Date: 11/12/2021

THIS IS NOT A CHECK

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0215 | XXXXXXXXX | 2501.97 |

Leandra Jones
11 Mount Lebanon Boulevard
Pittsburgh, PA 15228

| SEQ 000035 | | | | |
|---|---|---|---|---|
| Company Code | Loc/Dept | Number | Page | |
| RL / H73 20691953 | 01/ | 7661211 | 1 of 1 | |

**Earnings Statement**  ADP

THREE PUPPIES LLC
3081 Annandale Drive
Presto, PA 15142

Period Starting: 11/11/2021
Period Ending: 11/24/2021
Pay Date: 11/26/2021

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

**Leandra Jones**
**11 Mount Lebanon Boulevard**
**Pittsburgh, PA 15228**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1923.00 | 8052.60 |
| Bonus | | | 0.00 | 925.00 |
| **Gross Pay** | | | **$1,923.00** | **$8,977.60** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -119.22 | 556.61 |
| Medicare | -27.89 | 130.18 |
| Pennsylvania State Income | -59.04 | 275.62 |
| Pennsylvania State UI | -1.16 | 5.39 |
| Scott T Local Income | -25.00 | 116.71 |
| Scott Twp Local Services | -2.00 | 10.00 |
| **Net Pay** | **$1,688.69** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 80.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 80.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0215 | XXXXXXXXX | 1688.69 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $1,923.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THREE PUPPIES LLC
3081 Annandale Drive
Presto, PA 15142

Pay Date: 11/26/2021

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0215 | XXXXXXXXX | 1688.69 |

Leandra Jones
11 Mount Lebanon Boulevard
Pittsburgh, PA 15228

SEQ 000237
Company Code  Loc/Dept  Number  Page
RL / H73 20691953  01/  7683462  1 of 1

THREE PUPPIES LLC
3081 Annandale Drive
Presto, PA 15142

**Earnings Statement**

ADP

Period Starting: 11/25/2021
Period Ending: 12/08/2021
Pay Date: 12/10/2021

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

**Leandra Jones**
**11 Mount Lebanon Boulevard**
**Pittsburgh, PA 15228**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1923.00 | 9975.60 |
| Bonus | | 0.00 | 970.00 | 1895.00 |
| **Gross Pay** | | | **$2,893.00** | **$11,870.60** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -179.37 | 735.98 |
| Medicare | -41.94 | 172.12 |
| Pennsylvania State Income | -88.82 | 364.44 |
| Pennsylvania State UI | -1.73 | 7.12 |
| Scott T Local Income | -37.61 | 154.32 |
| Scott Twp Local Services | -2.00 | 12.00 |
| **Net Pay** | **$2,541.53** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 80.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 80.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0215 | XXXXXXXXX | 2541.53 |

**Important Notes**

Basis of pay: Salaried

©1998, 2006. ADP, Inc. All Rights Reserved.

Your federal taxable wages this period are $2,893.00

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THREE PUPPIES LLC
3081 Annandale Drive
Presto, PA 15142

Pay Date: 12/10/2021

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0215 | XXXXXXXXX | 2541.53 |

Leandra Jones
11 Mount Lebanon Boulevard
Pittsburgh, PA 15228