IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-20006-TPA |
| Timothy P. Jones ) | |
| Leandra Jones ) | |
| ) | Chapter 13 |
| Debtors ) | Document No. _____ |
| ) | Related to Doc. No. 27 & 40 |

## CONSENT ORDER MODIFYING MARCH 15, 2022 CONFIRMATION ORDER

AND NOW, this _____ day of _____, 2022, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated March 15, 2022 it is

ORDERED that Part "A." be amended to add the following: The claims of the Municipality of Mount Lebanon (Claims #12 and #13) shall govern as to amount, classification, and rate of interest. It is further

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The March 15, 2022 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Brian C. Thompson
Brian C. Thompson, Esquire (PA I.D. #91197)
Attorney for debtor
Thompson Law Group P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale PA 15086
724-799-8404
bthompson@thompsonattorney.com

/s/Jeffrey R. Hunt
Jeffrey R. Hunt, Esquire (PA I.D. #90342)
Attorney for Municipality of Mount Lebanon
Goehring Rutter et al
437 Grant Street Floor 14
Pittsburgh PA 15219
412-281-0587
jhunt@grblaw.com