# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Timothy P. Jones and, Leandra Jones, | : | Bankruptcy Case No.: 22-20006-TPA |
| Debtor. | : | Chapter 13 |
| Timothy P. Jones, | : | |
| Movant, | : | Document No.: |
| v. | : | Related to Document No.: 46 |
| VMware, Inc., | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on April 11, 2022, via first class mail postage prepaid:

**VMware, Inc.**
**ATTN Payroll Department**
**3401 Hillview Avenue**
**Palo Alto, CA 94304-1320**
**helpnowpayroll@vmware.com**

Executed on:  April 12, 2022

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404    Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor