# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Timothy P. Jones,<br>Leandra Jones, | : <br> : <br> : | Bankruptcy Case No.: 22-20006-TPA |
| Debtor. | : <br> : | Chapter 13 |
| Timothy P. Jones,<br>Leandra Jones, | : <br> : <br> : | Document No.: 52 |
| Movant, | : <br> : | Related to Document No.: 51 |
| v. | : <br> : | |
| LoanCare, LLC, | : <br> : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Loss Mitigation Order on the following parties at the addresses listed below on April 27, 2022, via electronic mail and/or first-class mail postage prepaid:

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

Brian C. Nicholas, Esquire
KNL Law Group, P.C.
701 Market Street, Suite 5000
*Attorney for Secured Creditor*

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  April 27, 2022

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com