# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Timothy P. Jones, Leandra Jones, *Debtor* | Bankruptcy No. 22-20006-TPA<br>Chapter 13 |
| Movant | Related to Document No. 51 |
| v. | Hearing Date and Time: |
| LoanCare, LLC, *Respondent* | |

## LOSS MITIGATION STATUS REPORT

This **Loss Mitigation Status Report** and the attached printout of the *Account History Page* from the Portal are submitted pursuant to *W.PA.LBR 9020-4(e)*.

Part 1: Loss Mitigation Status

    A.   The Loss Mitigation process was commenced by a Loss Mitigation Order dated **4-26-2022** (the "LMO"), entered at document number **51**, in the above-captioned case.

    B.   The Debtor **is** current with all adequate protection payments pursuant to the LMO.

    C.   The Creditor **has** registered and posted its entire Core LMP Package on the Portal pursuant to the LMO.

    D.   The Debtor **has not** uploaded a completed Core LMP Package through the Portal pursuant to the LMO.

    E.   The Creditor **has not** acknowledged receipt of the Debtor's submission of the completed Core LMP Package pursuant to the LMO.

    F.   The Creditor **has** not designated a single point of contact pursuant to the LMO.

    G.   No portal history exists at this moment.

Part 2: Loss Mitigation Period

    A.   The Loss Mitigation Period is scheduled to terminate on **8-24-2022** pursuant to the LMO.

\_\_\_\_6/27/2022_____
*Date*

/s/ Brian C. Thompson_____
*Signed*

Timothy P. Jones and Leandra Jones
*On Behalf of (Name of Debtor)*

Brian Thompson
*Name of Filer*

North Building 125 Warrendale Bayne Road, Suite 200 Warrendale, PA 15086
*Address of Filer*

bthompson@thompsonattorney.com
*Email Address of Filer*

(724) 799-8404
*Phone Number of Filer*

91197/PA

*Bar I.D. and State of Admission*