FILED
7/14/22 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-20006-TPA |
| | : | | |
| Timothy P. Jones | : | Chapter: | 13 |
| Leandra Jones | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 7/14/2022 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER**   #58 Status Conf. on LMP Status Report

**APPEARANCES:**

  Debtor:          Brent Lemon
  Trustee:         Ronda J. Winnecour
  LOANCARE, LLC:   Denise Carlon

**NOTES:**

Lemon:   Provided a status update on the matter. Hopefully we are now on track.

Carlson:   We do not yet have a point of contact established.

**OUTCOME:**   Case to proceed in the ordinary course. If the Debtors continue to ignore LMP protocols, the LMP will be dismissed with prejudice.

*[signature]*
dak