## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Timothy P. Jones, Leandra Jones, | : : : | Bankruptcy Case No.: 22-20006-TPA |
| Debtor. | : : | Chapter 13 |
| Timothy P. Jones, Leandra Jones, | : : : | |
| Movant, | : : | Document No.: |
| v. | : : | Related to Document No.: 62 |
| LoanCare, LLC, | : : | |
| Respondent. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO EXTEND THE LOSS MITIGATION PERIOD**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 24, 2022 at Document No. 62 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Objections were to be filed and served no later than September 2, 2022.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 62 be entered by the Court.

Date: <u>September 6, 2022</u>    /s/ Brian C. Thompson
　　　　　　　　　　　　　　　　Brian C. Thompson, Esquire
　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　PA ID No. 91197
　　　　　　　　　　　　　　　　THOMPSON LAW GROUP, P.C.
　　　　　　　　　　　　　　　　125 Warrendale Bayne Road, Suite 200
　　　　　　　　　　　　　　　　Warrendale, PA 15086
　　　　　　　　　　　　　　　　(724) 799-8404 Telephone
　　　　　　　　　　　　　　　　(724) 799-8409 Facsimile
　　　　　　　　　　　　　　　　bthompson@thompsonattorney.com