**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Timothy P. Jones, and Leandra Jones, | : : : : : : | Bankruptcy No. 22-20006-TPA  Chapter 13 |
| Debtors. | : : | |
| Timothy P. Jones, and Leandra Jones, | : : : | Document No.: 66  Related Document No.: 65 |
| Movants, | : : | Related Claim No.: 5 |
| v. | : : | **Hearing Date and Time:** |
| American Express National Bank, | : : | October 12, 2022 at 10:00 a.m. |
| Respondent. | : | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING
MOTION OF** *TIMOTHY P. JONES AND LEANDRA JONES* **FOR** *OBJECTION TO CLAIM NO. 5*

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than September 24, 2022 [seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

**A Zoom Video Conference Hearing** will be held on October 12, 2022, at 10:00 a.m. before Judge Thomas P. Agresti via the **Zoom Video Conference Application** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-inCharge, at 814-464-9760. **All attorneys and Parties may only appear by Zoom** and must comply with Judge Agresti's **Updated Notice of Temporary Modification of Appearance Procedures**, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service:  September 7, 2022        /s/Brian C. Thompson
                                           Brian C. Thompson, Esquire
                                           Attorney for Debtor(s)
                                           PA I.D. No. 91197
                                           THOMPSON LAW GROUP, P.C.
                                           125 Warrendale Bayne Road, Suite 200
                                           Warrendale, Pennsylvania 15086
                                           (724) 799-8404 Telephone
                                           (724) 799-8409 Facsimile
                                           bthompson@thompsonattorney.com