# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Timothy P. Jones, and<br>Leandra Jones,<br><br>Debtors. | : <br> : <br> : <br> : <br> : | Bankruptcy No. 22-20006-TPA<br><br>Chapter 13 |
| Timothy P. Jones, and<br>Leandra Jones,<br><br>Movants,<br><br>v.<br><br>American Express National Bank,<br><br>Respondent. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Document No.:<br><br>Related Document No.: 65, 66<br><br>Related Claim No.: 5<br><br>**Hearing Date and Time:**<br>October 12, 2022 at 10:00 a.m. |

## CERTIFICATION OF NO OBJECTION REGARDING
## OBJECTION TO PROOF OF CLAIM NO. 5

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on September 7, 2022 at Document No. 65 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 66, Objections were to be filed and served no later than September 24, 2022.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Objection recorded at Document No. 65 be entered by the Court.

Date: September 26, 2022    /s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com