FILED
9/27/22 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Timothy P. Jones, and      :
     Leandra Jones,      :
     :
     Debtors.      :
     :
_____ :

Timothy P. Jones, and      :
     Leandra Jones,      :
     :
     Movants,      :
     :
     v.      :
     :
American Express National Bank,      :
     :
     Respondent.      :

Bankruptcy No. 22-20006-TPA

Chapter 13

Document No.:

Related Document No.65

Related Claim No.: 5

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM NO. 5

On this  27th  day of ___September_, 2022, this matter being before the Court on Debtor's Objection to Proof of Claim No. 5, for the reasons stated in the Objection, or by default for Claimant's failure to respond, it is hereby ORDERED that the claim of American Express National Bank, filed at Proof of Claim No. 5 in the above-captioned bankruptcy case is rejected, disallowed and shall not be paid.

Date: September 27, 2022

_____
     **dak**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 22-20006-TPA

Timothy P. Jones                                                                        Chapter 13

Leandra Jones
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                       Page 1 of 2
Date Rcvd: Sep 27, 2022                       Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Timothy P. Jones, Leandra Jones, 11 Mount Lebanon Blvd., Pittsburgh, PA 15228-1834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LOANCARE  LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Debtor Timothy P. Jones bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |
| | on behalf of Joint Debtor Leandra Jones bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com |

District/off: 0315-2                     User: auto                          Page 2 of 2
Date Rcvd: Sep 27, 2022                  Form ID: pdf900                      Total Noticed: 1

Jeffrey R. Hunt
on behalf of Creditor Mt. Lebanon School District jhunt@grblaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 8