**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Timothy P. Jones, | : | Bankruptcy Case No.: 22-20006-TPA |
| Leandra Jones, | : | |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Timothy P. Jones, | : | |
| Leandra Jones, | : | |
| | : | |
| Movant, | : | |
| | : | Related to Document No.: 51, 84 |
| v. | : | |
| | : | |
| LoanCare, LLC, | : | |
| | : | |
| Respondent. | : | |

**ORDER**

A *Loss Mitigation Order* dated April 26, 2022, was entered in the above matter at Document No.

51.  On November 30, 2022, a **Motion to Extend the Loss Mitigation Period** was filed by Timothy P.

Jones at Document No. 84.

*AND NOW*, this 14th day of December, 2022, it is hereby **ORDERED,**

**ADJUDGED AND DECREED** that the loss mitigation period is **extended up to and including**

January 31, 2023.

Carlota M. Böhm
glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
12/14/22 1:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**PAWB Local Form 43 (04/14)**                                                                **Page 1 of 1**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 22-20006-CMB
Timothy P. Jones                                                                          Chapter 13
Leandra Jones
        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Timothy P. Jones, Leandra Jones, 11 Mount Lebanon Blvd., Pittsburgh, PA 15228-1834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2022                Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LOANCARE  LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Timothy P. Jones bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Leandra Jones bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com |

Jeffrey R. Hunt
           on behalf of Creditor Mt. Lebanon School District jhunt@grblaw.com

Keri P. Ebeck
           on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
           ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
           cmecf@chapter13trusteewdpa.com


TOTAL: 8