# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TIMOTHY P. JONES and LEANDRA JONES, | : : | Case No. 22-20006 CMB |
| *Debtors,* | : : | Chapter 13 |
| TIMOTHY P. JONES and LEANDRA JONES, | : : | Related to Doc Nos. 51, 100 |
| *Movants,* | : : | |
| v. | : : | |
| LOANCARE, LLC, | : | Hearing: May 25, 2023 at 2:30 P.M. |
| *Respondent.* | : | |

## ORDER

On April 28, 2023, the Debtors filed a ***Motion to Extend the Loss Mitigation Period*** at Document No. 100, indicating that the Creditor requested additional documents be uploaded to the portal. Debtor is in the process of gathering the requested additional documents, and is requesting an extension in order to continue with the loan modification process. Therefore,

***AND NOW***, this ***2nd*** day of ***May, 2023,*** it is hereby **ORDERED, ADJUDGED and DECREED** that***:***

(1) ***The Loss Mitigation Period is extended up to and including May 25, 2023.***

(2) A Status Conference on compliance with the pending Loss Mitigation Order, dated April 26, 2022, and the need for the filing of the [Sixth] Motion to Extend the Loss Mitigation Period is scheduled on ***May 25, 2023, at 2:30 P.M.*** via the ZOOM Video Conference Application ("Zoom"). To join the Zoom hearing, please initiate by using the following link 15

1

minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191 or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

_____
Carlota M. Böhm    glb
U.S. Bankruptcy Judge

FILED
5/2/23 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case administrator to serve:
    Timothy P. Jones
    Leandra Jones
    Brian C. Thompson, Esq.
    Ronda Winnecour, Esq., Ch. 13 Trustee