IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| TIMOTHY P. JONES and | : | Case No. 22-20006 CMB |
| LEANDRA JONES, | : | |
| *Debtors,* | : | Chapter 13 |
| | : | |
| TIMOTHY P. JONES and | : | Related to Doc Nos. 51, 100 |
| LEANDRA JONES, | : | |
| *Movants,* | : | |
| | : | |
| v. | : | |
| | : | |
| LOANCARE, LLC, | : | Hearing: May 25, 2023 at 2:30 P.M. |
| *Respondent.* | : | |

## ORDER

On April 28, 2023, the Debtors filed a ***Motion to Extend the Loss Mitigation Period*** at Document No. 100, indicating that the Creditor requested additional documents be uploaded to the portal. Debtor is in the process of gathering the requested additional documents, and is requesting an extension in order to continue with the loan modification process. Therefore,

**AND NOW**, this ***2nd*** day of ***May, 2023,*** it is hereby **ORDERED, ADJUDGED and DECREED** that***:***

(1)   ***The Loss Mitigation Period is extended up to and including May 25, 2023.***

(2)   A Status Conference on compliance with the pending Loss Mitigation Order, dated April 26, 2022, and the need for the filing of the [Sixth] Motion to Extend the Loss Mitigation Period is scheduled on ***May 25, 2023, at 2:30 P.M.*** via the ZOOM Video Conference Application ("Zoom"). To join the Zoom hearing, please initiate by using the following link 15

1

minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191 or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

                                                   Carlota M. Böhm    glb
                                                   U.S. Bankruptcy Judge

FILED
5/2/23 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case administrator to serve:
    Timothy P. Jones
    Leandra Jones
    Brian C. Thompson, Esq.
    Ronda Winnecour, Esq., Ch. 13 Trustee

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20006-CMB |
| Timothy P. Jones | Chapter 13 |
| Leandra Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy P. Jones, Leandra Jones, 11 Mount Lebanon Blvd., Pittsburgh, PA 15228-1834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LOANCARE LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Debtor Timothy P. Jones bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com; mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |
| | on behalf of Joint Debtor Leandra Jones bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com; mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com |
| Jeffrey R. Hunt | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Creditor Mt. Lebanon School District jhunt@grblaw.com

Keri P. Ebeck
        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 8