# PROCEEDING MEMO

**Date: 05/25/2023 02:30 pm**

**In re:   Timothy P. Jones**
**Leandra Jones**

**Bankruptcy No. 22-20006-CMB**
**Chapter: 13**
**Doc. # 100**

**Appearances:  BY ZOOM:   James Warmbrodt**
**Brian Thompson**

**Nature of Proceeding: #51 and #100 - Status Conference Re: Compliance with the pending Loss Mitigation Order, dated 04/26/2022, and the need for the filing of the (Sixth) Motion To Extend the Loss Mitigation Period**

**Additional Pleadings: #48 Motion For Loss Mitigation for Mortgage held by LoanCare, LLC**
        **#51 Loss Mitigation Order Signed 04/26/2022**
        **#58 Loss Mitigation Status Report**
        **#100 (Sixth) Motion To Extend The Loss Mitigation Period**
        **#101 Order Signed 05/20/2023** Scheduling Hearing on Compliance with the pending (#51) Loss Mitigation Order dated 04/26/2022 and the need for the filing of the (#100) (Sixth) Motion To Extend the Loss Mitigation Period filed by Debtors.   Status Conference to be held on 05/25/2023 at 2:30 p.m. via Zoom Video Conference Application.   The Loss Mitigation Period is extended up to and including 05/25/2023.

**OUTCOME:**   Hearing Held.
        Motion Granted.  Order Entered.
        No further extensions will be entered.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
5/26/23 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA