IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Timothy P. Jones, Leandra Jones, | : | Bankruptcy Case No.: 22-20006-CMB |
| Debtor. | : | Chapter 13 |
| Timothy P. Jones, Leandra Jones, | : | Document No.: |
| Movant, | : | Related to Document No.: 51, 100 |
| v. | : | |
| LoanCare, LLC, | : | |
| Respondent. | : | |

## ORDER

A *Loss Mitigation Order* dated April 26, 2022, was entered in the above matter at Document No. 51. On April 28, 2023, a *Motion to Extend the Loss Mitigation Period* was filed by Timothy P. Jones at Document No. 100.

AND NOW, this __25th__ day of __May__, 2023, it is hereby ORDERED, ADJUDGED AND DECREED that the loss mitigation period is *extended up to and including* __June 30__, 2023. *No further extensions will be granted.*

_____
United States Bankruptcy Judge

FILED
5/26/23 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 43 (04/14)    Page 1 of 1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20006-CMB |
| Timothy P. Jones | Chapter 13 |
| Leandra Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy P. Jones, Leandra Jones, 11 Mount Lebanon Blvd., Pittsburgh, PA 15228-1834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LOANCARE  LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Debtor Timothy P. Jones bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com; mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |
| | on behalf of Joint Debtor Leandra Jones bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com; mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com |
| Jeffrey R. Hunt | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Creditor Mt. Lebanon School District jhunt@grblaw.com

Keri P. Ebeck
        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
        jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 8