IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| TIMOTHY P. JONES & | : | Case No. 22-20006-JCM |
| LEANDRA JONES | : | Chapter 13 |
| *Debtors.* | : | |
| | : | |
| TIMOTHY P. JONES & | : | Related to Doc. Nos. 51, 100, & 111. |
| LEANDRA JONES, | : | |
| | : | |
| *Movants,* | : | |
| | : | |
| v. | : | |
| | : | |
| LOANCARE, LLC, | : | Hearing: August 8, 2023 at 1:30 p.m. |
| *Respondent.* | : | |
| | : | |

## STATUS CONFERENCE FOR FAILURE
## TO FILE FINAL LOSS MITIGATION REPORT

On May 25, 2023 an Order was entered by this Court, at Document No. 111, as a result of the *Motion to Extend the Loss Mitigation Period* filed by the Debtors at Document No. 100. Pursuant to *W.PA.LBR 9020-4(f),* and reiterated in the *Loss Mitigation Order* entered by this Court on April 26, 2022 at Document No. 51, a Debtor must file a Final Report within seven (7) days after the conclusion of the LMP Period. To date, no such **Final Report** has been filed.

*AND NOW,* this 13th day of ***July, 2023***, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

(1)    A Status Conference is scheduled for August 8, 2023 at 1:30 p.m. in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA to show cause as to why the Debtors' case should not be dismissed or converted for failure to comply with the *Loss Mitigation Order*. Parties may alternatively appear via video from the Pittsburgh Courtroom as

1

identified in Judge Melaragno's Procedure A(8) on the Court's website which can be accessed via this link: http://www.pawb.uscourts.gov/procedures-3.

(2) Any response to this *Order* shall be filed with the Court on or before **July 27, 2023**. If a ***Final Report*** is filed by that date, this *Order* may be vacated and the hearing cancelled.

(3) Movants shall immediately serve a copy of this Order on the Respondent, and if known, Counsel for the Respondent, and file a certificate of service within five (5) days. A copy of this Order shall also be uploaded onto the Loss Mitigation Program Portal.

Case administrator to serve:
    Debtors
    Brian C. Thompson, Esq.

_____ glb
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
7/13/23 7:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20006-JCM |
| Timothy P. Jones | Chapter 13 |
| Leandra Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy P. Jones, Leandra Jones, 11 Mount Lebanon Blvd., Pittsburgh, PA 15228-1834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
    on behalf of Creditor LOANCARE  LLC bnicholas@kmllawgroup.com

Brian C. Thompson
    on behalf of Joint Debtor Leandra Jones bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
    on behalf of Debtor Timothy P. Jones bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Jeffrey R. Hunt
    on behalf of Creditor Mt. Lebanon School District jhunt@grblaw.com

Jeffrey R. Hunt

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 8