**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Timothy P. Jones, Leandra Jones, | : | Bankruptcy Case No.: 22-20006-JCM |
| Debtors. | : | Chapter 13 |
| Timothy P. Jones, Leandra Jones, | : | |
| Movants, | : | Document No.: 126 |
| | : | Related to Document No.: |
| v. | : | Related to Claim No.: 11 |
| LoanCare, LLC, | : | |
| Respondent. | : | |

**<u>DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING</u>**

Pursuant with the Notice of Mortgage Payment Change filed on August 1, 2023, after reasonable investigation and upon review of the Amended Chapter 13 Plan, it appears to Debtor that the payment is sufficient to fund the Plan even with the proposed change for September 1, 2023.

The new post-petition monthly payment payable to Respondent is $3,421.47, effective September 1, 2023, per the notice dated August 1, 2023.  The Debtor's Amended Plan payment provides for a monthly payment to LoanCare, LLC, of $3,887.22.  Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date: <u>August 7, 2023</u>

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com