# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Timothy P. Jones, Leandra Jones, | : | Bankruptcy Case No.: 22-20006-JCM |
| Debtors. | : | Chapter 13 |
| Timothy P. Jones, Leandra Jones, | : | Document No.: 127 |
| Movants, | : | |
| | : | Related to Document No.: 126 |
| v. | : | |
| | : | Related to Claim No.: 11 |
| LoanCare, LLC, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on August 7, 2023, on the parties listed below.

Brian C. Nicholas, Esq.
*Attorney for Creditor*
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: August 7, 2023

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com