**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF PENNSYLVANIA - PITTSBURGH**

| | |
|---|---|
| In Re: | Case No. 22-20006-JCM |
| TIMOTHY P. JONES and LEANDRA JONES, | Chapter 13 |
| Debtor(s). | |

**REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES**

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED
PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice
and Service of Copies, for NewRez LLC d/b/a Shellpoint Mortgage Servicing and hereby requests
special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or
documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under
Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings,
the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings,
as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-
interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local
Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, submits this Request for Notice and Service of Copies as agent for
NewRez LLC d/b/a Shellpoint Mortgage Servicing and not as counsel of record.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master
Mailing List in this case, the following address be used:

Brian K. Jordan
ALDRIDGE PITE, LLP
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of

claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within

party's:

      a.      Right to have any and all final orders in any and all non-core matters entered only after de

novo review by a United States District Court Judge;

      b.      Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant

proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession

and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP,

either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to

act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

      c.      Right to trial by jury in any proceeding as to any and all matters so triable herein, whether

or not the same be designated legal or private rights, or in any case, controversy or proceeding related

hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28

U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States

Constitution;

      d.      Right to have the reference of this matter withdrawn by the United States District Court in

any matter or proceeding subject to mandatory or discretionary withdrawal; and

      e.      Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this

party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: August 23, 2023                    ALDRIDGE PITE, LLP

/s/ Brian K. Jordan
Brian K. Jordan
ALDRIDGE PITE, LLP
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385