# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Timothy P. Jones, | : | Bankruptcy Case No.: 22-20006-JCM |
| Leandra Jones, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| _____ | : | |
| Ronda J. Winnecour, | : | |
| Chapter 13 Trustee | : | Document No.: |
| | : | |
| Movant, | : | Related to Document No.: 133 |
| | : | |
| v. | : | |
| | : | |
| Timothy P. Jones, | : | **Hearing Date and Time:** |
| Leandra Jones, | : | October 17, 2023, at 1:30 p.m. |
| | : | |
| Respondents. | : | |

## AFFIDAVIT REGARDING
## SOURCE OF PLAN PAYMENTS

I, Timothy P. Jones, hereby swear that the following information is true to the best of our knowledge, information, and belief. I am signing this affidavit under penalty of perjury.

1. The source of the funds paid to the Chapter 13 Trustee, unless otherwise noted, has been income derived from employment.

2. The lump sum payment made on August 8, 2023, was paid from funds received from Debtor Timothy P. Jones' previous employer VMWare, Inc. Debtor Husband left previous firm and received severance payments.

3. No funds were borrowed from any source to make the payments to the trustee.

Dated: <u>September 29, 2023</u>       /s/ Timothy P. Jones_____
                                                                 Timothy P. Jones