IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Timothy P. Jones | : | Case No. 22-20006-JCM |
| Leandra Jones | : | Chapter 13 |
| Debtor(s) | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Document |
| Movant(s) | : | |
| | : | Hearing Date: |
| vs. | : | |
| | : | |
| Timothy P. Jones | : | |
| Leandra Jones | : | |
| Respondent(s) | : | |

<u>WITHDRAWAL OF MOTION TO COMPEL DEBTOR(S) TO PROVIDE AFFIDAVIT
OR OTHER SWORN STATEMENT REVEALING ORIGIN OF
NON-SPECIFIC LUMP SUM PAYMENT AND ADDITIONAL INFORMATION</u>

The Motion to Compel that was filed in the above-referenced case on September 19, 2023 (document #133) is hereby WITHDRAWN.  The hearing scheduled for October 17, 2023 is cancelled.

Respectfully submitted,

10/9/2023

/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Timothy P. Jones | : | Case No. 22-20006-JCM |
| Leandra Jones | : | Chapter 13 |
|     Debtor(s) | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 | : | Related to Document |
| Trustee | : | |
|     Movant(s) | : | |
| | : | Hearing Date: |
| vs. | : | |
| | : | |
| Timothy P. Jones | : | |
| Leandra Jones | : | |
|     Respondent(s) | : | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Timothy and Leandra Jones
11 Mount Lebanon Blvd.
Pittsburgh, PA  15228

Brian C. Thompson, Esquire
125 Warrendale-Bayne Road
Warrendale, PA  15086

| | |
|---|---|
| 10/9/23 | /s/ Rosa M. Richard |
| Date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |