**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**IN RE:**                                                                                              **CASE NO.: 22-20006**
                                                                                                         **CHAPTER 13**
**Timothy P. Jones,**
   **Debtor.**

**Leandra Jones,**
   **Joint Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michelle L. McGowan, Esq., ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS RD., SUITE 450**
**ALPHARETTA, GA  30004**

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Attorney for Secured Creditor
> 13010 Morris Rd., Suite 450
> Alpharetta, GA  30004
> Telephone: 470-321-7112
> Facsimile: 404-393-1425
>
> By: _\S\Michelle L. McGowan, Esq._
>    Michelle L. McGowan, Esq., Esquire
>    Pennsylvania Bar No. 62414 PA
>    Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 25, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

TIMOTHY P. JONES
11 MOUNT LEBANON BLVD.
PITTSBURGH, PA 15228

LEANDRA JONES
11 MOUNT LEBANON BLVD.
PITTSBURGH, PA 15228

And via electronic mail to:

THOMPSON LAW GROUP PC
301 SMITH DRIVE
SUITE 6
CRANBERRY TOWNSHIP, PA 16066

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222

By: /s/ Emily Cheng