# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA

**In RE:**

TIMOTHY P. JONES

LEANDRA JONES

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 9

**Case Number:** 22-20006

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

☐ Notice only          ☑ Payment only          ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Payment Processing Center

P.O. Box 78367

Phoenix, AZ 85062

TO:

Payment Processing Center

P.O. Box 660618

Dallas, TX 75266-0618

Date: 06/28/2024

/s/ Veermanu Yadav

Creditor's Authorized Agent for Ally Bank

**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

TIMOTHY P. JONES
LEANDRA JONES

**Debtor(s)**

**Chapter:** 13

**Case Number:** 22-20006

# Certificate of Service

I certify that on 06/28/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
BRIAN C THOMPSON
BTHOMPSON@THOMPSONATTORNEY.COM

Trustee
RONDA J. WINNECOUR

United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE

/s/ Veermanu Yadav
Veermanu Yadav
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com