FORM JCM 13-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

Timothy P. Jones and Leandra Jones,
    Debtors

Case No. 22-20006-JCM
Chapter 13

Timothy P. Jones and Leandra Jones,
    Movants,

- vs. -

Ronda J. Winnecour, Trustee,
    Respondents.

Related Trustee Certificate of Default at
at Doc No. 158, and Order
requiring response at Doc No. 159

## **NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS**

1.    Debtors propose to cure the plan default as pleaded in the Trustee's Certificate of Default.

2.    The cure shall be effected as follows: Debtor Husband lost employment in January 2023 and has regained employment as of April 2024. Debtors intend to cure plan arrears through TFS payments, and an Amended Motion to Attach Wages will be filed.

3.    All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtor(s) and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

4.    A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on August 8, 2024, at 10:00 a.m., before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

RESPECTFULLY SUBMITTED, this 3rd day of July 2024.

/s/Brian C. Thompson, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile