**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Timothy P. Jones and, | : | Bankruptcy Case No.: 22-20006-JCM |
| Leandra Jones, | : | |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Timothy P. Jones, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 163 |
| v. | : | |
| | : | |
| Rackspace Technology, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Matthew Gillespie, Paralegal, certify under penalty of perjury that I served the Wage

Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the

address listed below on July 10, 2024, via first class mail postage prepaid:

**Rackspace Technology**
**ATTN Payroll Department**
**1 Fanatical Pl**
**San Antonio, TX 78218**

Executed on:   July 10, 2024

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

301 Smith Drive, Suite 6, Cranberry Twp, PA 16066
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404    Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for
Debtor