**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Timothy P. Jones, Leandra Jones, : | : | Bankruptcy Case No.: 22-20006-JCM |
| Debtor. | : : | Chapter 13 |
| Timothy P. Jones, Leandra Jones, | : : : | Document No.: |
| Movant, | : : | Related to Document No.: |
| v. | : : | |
| Rackspace Techology, | : : | Hearing Date and Time: October 29, 2024 at 2:00 p.m. |
| Respondent. | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION TO COMPEL**

**TO THE RESPONDENT(S):**

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than October 6, 2024 (*i.e.,* seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**You should take this Notice and the Motion to a lawyer at once.**

A hearing will be held on October 29, 2024, at 2:30 p.m. before Judge John C. Melaragno in Courtroom C, 54th Floor, U.S. Steel Tower, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: September 19, 2024       /s/ Brian C. Thompson
                                          Brian C. Thompson, Esquire
                                          Attorney for the Debtor(s)

PA I.D. No. 91197
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com