# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Timothy P. Jones, | : | Bankruptcy Case No.: 22-20006-JCM |
| | Leandra Jones, | : | |
| | | : | Chapter 13 |
| | Debtors. | : | |
| | | : | |
| | Timothy P. Jones, | : | Document No.: 173 |
| | Leandra Jones, | : | |
| | | : | Related Document No.: 167, 168 |
| | Movants, | : | |
| | | : | |
| | v. | : | **Hearing Date and Time:** |
| | | : | October 29, 2024, at 2:00 p.m. |
| | Rackspace Technology, | : | |
| | | : | |
| | Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO COMPEL COMPLIANCE WITH WAGE ATTACHMENT ORDER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 19, 2024, at Document No. 167 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No. 168, Objections were to be filed and served no later than October 6, 2024.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 168 be entered by the Court.

Date: October 7, 2024

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com