IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-20006-JCM |
| | : | | |
| Timothy P. Jones | : | Chapter: | 13 |
| Leandra Jones | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 10/29/2024 |
| | : | Time: | 01:30 p.m. |

SIGNED
10/29/24 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## PROCEEDING MEMO

**MATTER**   #146 CONTESTED Plan Hearing Re: Amended Chapter 13 Plan Dated 10/10/2023

#174 Chapter 13 Trustee's Objection To Proposed Cure and Request That Case Be Converted To Chapter 7 Or Dismissed With Prejudice

**APPEARANCES:**

Debtor: Brian C. Thompson
Trustee: Kate DeSimone

**NOTES:**

DeSimone: There have been very insufficient payments in this case. We have $92,384.5 in arrears would need $13,196 a month to complete the Plan.

Thompson:

J.: The Debtors have now separated and we have no defense to dismissal.

The Debtor has twenty days to file the Debtor's pay stubs. The case will either be dimissed or converted. Either party may request an evidentiary hearing.

**OUTCOME:**   Chambers to issue order.