**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> TIMOTHY P. JONES <br> LEANDRA JONES <br>       Debtor(s) <br><br> Ronda J. Winnecour <br>       Movant <br>     vs. <br> No Respondents. | Case No.:22-20006 <br><br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 01/03/2022  and confirmed on 03/15/2022 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 92,367.50 |
| Less Refunds to Debtor | 5,227.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,140.50 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,998.79 | |
|    Trustee Fee | 4,188.24 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,187.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG <br>     Acct: 3304 | 0.00 | 69,379.06 | 0.00 | 69,379.06 |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG <br>     Acct: 3304 | 0.00 | 0.00 | 0.00 | 0.00 |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG <br>     Acct: 3304 | 110,724.57 | 0.00 | 0.00 | 0.00 |
|   MUNICIPALITY OF MT LEBANON (STORM <br>     Acct: A242 | 381.60 | 0.00 | 0.00 | 0.00 |
|   MUNICIPALITY OF MT LEBANON (RE) <br>     Acct: A242 | 771.97 | 0.00 | 0.00 | 0.00 |
|   MUNICIPALITY OF MT LEBANON (RE) <br>     Acct: A242 | 591.35 | 0.00 | 0.00 | 0.00 |
|   MUNICIPALITY OF MT LEBANON (STORM <br>     Acct: A242 | 536.10 | 0.00 | 0.00 | 0.00 |
|   MT LEBANON SD (MT LEBO) (RE) <br>     Acct: A242 | 3,922.12 | 0.00 | 0.00 | 0.00 |
|   MT LEBANON SD (MT LEBO) (RE) <br>     Acct: A242 | 1,817.56 | 0.00 | 0.00 | 0.00 |

| 22-20006 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| ALLY BANK(*) | 23,224.75 | 7,302.64 | 2,271.77 | 9,574.41 |
| Acct: 2123 | | | | |
| | | | | 78,953.47 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TIMOTHY P. JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TIMOTHY P. JONES | 5,227.00 | 5,227.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 4,250.00 | 3,998.79 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 4,870.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXX4/23 | | | | |
| THOMPSON LAW GROUP PC | 7,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 124.62 | 0.00 | 0.00 | 0.00 |
| Acct: 9892 | | | | |
| INTERNAL REVENUE SERVICE* | 13,500.75 | 0.00 | 0.00 | 0.00 |
| Acct: 9892 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1007 | | | | |
| BANK OF AMERICA NA** | 11,895.42 | 0.00 | 0.00 | 0.00 |
| Acct: 9606 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4140 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,760.83 | 0.00 | 0.00 | 0.00 |
| Acct: 2504 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 995.20 | 0.00 | 0.00 | 0.00 |
| Acct: 6884 | | | | |
| QUANTUM3 GROUP LLC - AGENT MOMA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7248 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,722.48 | 0.00 | 0.00 | 0.00 |
| Acct: 9892 | | | | |
| PA DEPARTMENT OF REVENUE* | 731.56 | 0.00 | 0.00 | 0.00 |
| Acct: 9892 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 86.38 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALDRIDGE PITE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

| 22-20006 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | Page 3 of 3 |
|---|---|---|

| TOTAL PAID TO CREDITORS | | 78,953.47 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 13,625.37 | |
| SECURED | 141,970.02 | |
| UNSECURED | 19.191.87 | |

Date: 01/08/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com